UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT ESPINOZA,<br><br>         Petitioner<br><br>    v.<br><br>UNKNOWN,<br><br>         Respondent. | Case No. CV 12-4057-MWF (PJW)<br><br>J U D G M E N T |

Pursuant to the "Order Denying Request for Extension of Time to File Habeas Petition and Dismissing Matter Without Prejudice,"

IT IS ADJUDGED that the Request is denied and this matter is dismissed without prejudice.

DATED: May 21, 2012

MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-State Habeas\ESPINOZA, G 4057\Ord deny habeas exten req_Judgment.wpd